Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Civil Division

| | |
|---|---|
| Vincent Cannady <br><br> *Plaintiff(s)* <br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br>-v- <br><br> State of Missouri <br> Missouri Attorney Generals Office <br> Bates County Missouri <br><br> *Defendant(s)* <br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case: 1:20-cv-00205  Jury Demand <br> Assigned To : Nichols, Carl J. <br> Assign. Date : 1/24/2020 <br> Description: Pro Se Gen. Civil  (F Deck) <br><br> Jury Trial: *(check one)*  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Vincent Cannady |
   | Street Address | 17472 S 2950 Road |
   | City and County | El Dorado Springs, Vernon |
   | State and Zip Code | Missouri and 64744 |
   | Telephone Number | 202-253-2300 |
   | E-mail Address | vnc@rocketmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



RECEIVED
JAN 24 2020
Clerk, U.S. District and Bankruptcy Courts

Page 1 of 5

1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | State of Missouri |
| Job or Title *(if known)* | |
| Street Address | 100 Madison Street |
| City and County | Jefferson City and Cole |
| State and Zip Code | Missouri and 65101 |
| Telephone Number | 573-751-2000 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Missouri Attorney Generals Office |
| Job or Title *(if known)* | |
| Street Address | 615 East 13th Street Suite 401 |
| City and County | Kansas City and Jackson |
| State and Zip Code | Missouri and 64106 |
| Telephone Number | |
| E-mail Address *(if known)* | Robert.Hatley@ago.mo.gov |

**Defendant No. 3**

| | |
|---|---|
| Name | Lynn Ewing, III |
| Job or Title *(if known)* | Assistant Prosecutor |
| Street Address | 1 North Delaware |
| City and County | Butler and Bates |
| State and Zip Code | Missouri and 64730 |
| Telephone Number | 660679-4030 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Bates County Missouri |
| Job or Title *(if known)* | |
| Street Address | 1 North Delaware, Suite 3 |
| City and County | Butler and Bates |
| State and Zip Code | Missouri and 64730 |
| Telephone Number | 660-679-5699 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

violations of the 4th, 5th,,6th, and 14th Amendments to the Bill of Rights violation of the Americans with Disabilities Act of 1993, Titles V and VII of the Civil Rights Act of 1963, Title 38 USC

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Vincent Cannady, is a citizen of the State of *(name)* Missouri.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* State of Missouri , is incorporated under the laws of the State of *(name)* Missouri , and has its principal place of business in the State of *(name)* Missouri .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

9,999,999 because the Defendant has violated the Plaintiff's rights in Education, Employment, Business, and Criminal. Bates County and the Prosecutors Office refuse to have Discovery. The Western District of US District Court has STAYED Discovery, DENIED Amending Complaint, not ruled on ADA Motions and Judge Admits to admiring the Defendants Attorneys for their honesty. Plaintiff is not getting fair treatment in Missouri Courts

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached Statements of Claims

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached Relief Requested

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/23/2020

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Vincent Cannady

### B. For Attorneys

Date of signing: 01/23/2020

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: